United States District Court
Southern District of Texas
**ENTERED**
October 01, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CR. ACTION NO. 2:26-CR-00555-002 |
| | § | |
| DAVID VILLAGRAN, JR. | § | |

**MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL**

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). The following requires detention of the defendant pending trial in this case:

(1) There is probable cause to believe the defendant committed an offense for which a maximum term of imprisonment of ten years or more is prescribed in 21 U.S.C. § 841(b)(1)(A); and

(2) The defendant has not rebutted the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

The evidence against the defendant meets the probable cause standard and the weight of the evidence is strong. The evidence indicates the defendant has been a participant in a drug trafficking organization over the course of years. The government also presented evidence of at least two occasions in which the defendant was involved in assaulting other persons. Search warrants executed in September 2026 at the defendant's

residence and residences of co-conspirators resulted in the seizure of drugs, firearms, and large amounts of U.S. currency. Additionally, the defendant has not presented a suitable release plan. The findings and conclusions contained in the Pretrial Services Report are adopted. The defendant is **ORDERED** detained pending trial, however, the defendant may move to reopen the detention hearing if he is capable of presenting a suitable release plan.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED on October 1, 2026.

Jason B. Libby
United States Magistrate Judge